Judge Robert S. Lasnik

FILED —— ENTERED
LODGED —— RECEIVED

JUN 25 2013

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,          )
                    Plaintiff      )     NO. CR12-00254RSL
        v.                         )
                                   )     UNITED STATES' MOTION TO
JOHN MICHAEL DUGGAN,               )     SEAL
                    Defendant.     )
_____)

Having read the Government's Sentencing Memorandum in the above-captioned

case, which was filed under seal, and Government's Motion to Seal requesting that the

Government's Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this

matter shall remain sealed.

DATED this **25**th day of June, 2013.

*MMS Lasnik*

JUDGE ROBERT S. LASNIK
United States District Judge

Presented by:

*/s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

**12-CR-00254-LTR**

ORDER TO SEAL - 1
No. CR12-00254RSL