UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN M. DUGGAN,<br><br>Defendant. | Case No. CR12-254-RSL<br><br>ORDER DENYING EARLY TERMINATION AND REDUCING TERM OF SUPERVISED RELEASE |

This matter comes before the Court on defendant's "Motion for Early Termination of Supervised Release" (Dkt. # 59). The Court, having reviewed the motion, the Government's opposition, and the record herein, as well as the factors set forth in 18 U.S.C. § 3553(a), DENIES defendant's motion.

Mr. Duggan pleaded guilty to one count of Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B). Dkt. # 32. This Court sentenced Mr. Duggan to 48 months of imprisonment and lifetime supervision. Dkt. # 49. Mr. Duggan began his term of supervision on January 19, 2017. Dkt. # 61. Mr. Duggan has had no violations on supervision. He attended sexual deviancy therapy for two years, has been forthcoming with his community about his conviction, and has accepted full responsibility for his crimes. *See* Dkt. # 59. More so, Mr. Duggan is at low risk of re-offending and has a strong support system—all of whom appear to be aware of the nature of Mr. Duggan's conviction. Dkt. # 59, Ex. A– C.

The Court commends defendant's compliance with the terms of his supervised release. After consideration of Section 3553(a) factors, the Court finds that early termination is not appropriate at this time. However, given defendant's conduct, the Court agrees to reduce

ORDER DENYING EARLY TERMINATION AND REDUCING TERM OF
SUPERVISED RELEASE - 1

defendant's supervision term from lifetime to ten years. Therefore, his supervised release will terminate on January 19, 2027, approximately two years and five months from the date of this order.

For all of the foregoing reasons, IT IS HEREBY ORDERED that defendant's motion for early termination of supervised release (Dkt. # 59) is DENIED, and defendant's term is reduced to ten years.

DATED this 29th day of July, 2024.

Robert S. Lasnik
United States District Judge

ORDER DENYING EARLY TERMINATION AND REDUCING TERM OF SUPERVISED RELEASE - 2